UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANAIDA APONTE,

                      Plaintiff,                    22 CIVIL 5957 (KHP)

        -v-                                       **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 8, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

**Dated:**  New York, New York
             December 8, 2022

                                                     **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                        **BY:**               K. Mango

                                                         **Deputy Clerk**